# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Troy John Charpentier
Kean, Miller, et al
P. O. Box 3513
Baton Rouge LA 70821

Matthew B. Smith
Kean Miller
P. O. Box 3513
Baton Rouge LA 70821-3513

Joourdan E. M. Curet
Kean Miller LLP
P. O. Box 3513
Baton Rouge LA 70821

> Judgment on rehearing rendered and mailed to all parties or counsel of record on November 10, 2021

## REHEARING ACTION: November 10, 2021

**Docket Number: 21   00247-CW**

**CP MARINE OFFLOADING, LLC**
**VERSUS**
**CLARENCE MILLER, JR. INDIVIDUALLY**
**AS TRUSTEE OF THE MILLER FAMILY**
**TRUST AND MAUREEN ANN TALBOT MILLER**
**AS TRUSTEE OF THE MILLER FAMILY TRUST**

**Writ Application from Calcasieu Parish Case No. 2020-3388 E**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Shannon J. Gremillion**
   **Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **CP Marine Offloading, LLC** is:

   **APPLICATION FOR REHEARING NOT CONSIDERED.  UNTIMELY.**

cc: Timothy O'Dowd, Counsel for the Applicant
    Jared W. Shumaker, Counsel for the Applicant